# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 12, 2013

## NO. 03-12-00676-CV

### B. O. and T. S., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

### APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
### AFFIRMED -- OPINION BY CHIEF JUSTICE JONES

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error requiring reversal in the trial court's order of termination: **IT IS ORDERED, ADJUDGED AND DECREED** by the Court that the trial court's order of termination is in all things affirmed. It is **FURTHER** ordered that the appellant B.O. pay all costs relating to this appeal, both in this Court and the court below; and it appearing that the appellant T.S. is indigent and unable to pay costs, that no adjudication as to costs is made as to appellant T.S.; and that this decision be certified below for observance.